DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-MI-00008-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| vs. | ) | APPLICATION FOR WRIT OF |
| | ) | EXECUTION ON PERMANENT |
| WILLIAM A. WARD, | ) | FUND DIVIDEND |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The United States, through counsel, withdraws the filing of its Application and Affidavit for Issuance of Writ of Execution on Permanent Fund Dividend and Proposed Writ filed June 16, 2006. An error was found in the calculations. The amount of the special assessment on the application and proposed writ do not match the amount of the special assessment on the Judgment dated 1/07/1998.

//

//

RESPECTFULLY SUBMITTED on June 20, 2006.

                                          DEBORAH M. SMITH
                                        Acting United States Attorney


                                        s/Richard L. Pomeroy
                                        RICHARD L. POMEROY
                                        Assistant U.S. Attorney
                                        222 West 7th Avenue # 9, Room 253
                                        Anchorage, AK 99513-7567
                                        Tel. (907) 271-5071
                                        Fax  (907) 271-2344
                                        E-mail: richard.pomeroy@usdoj.gov
                                        AK #8906031

U.S. v. William A. Ward
Case No. 3:03-mi-00008 (JWS)    2