NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  3:03-mc-00008-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER TO RELEASE ATTACHED PFD** |
| ) | **FUNDS** |
| William Alfred Ward, ) | |
| ) | |
| Defendant. ) | |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED: November 9, 2006              /s/John W. Sedwick
                                     UNITED STATES DISTRICT JUDGE